UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ANTONIO VILLARREAL-FLORES | § § | |
| Petitioner | § | CIVIL ACTION NO. 5:19-CV-25 |
| VS. | § § | CRIMINAL ACTION NO. 5:17-CR-234 |
| UNITED STATES OF AMERICA | § § | |

# ORDER

United States Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Defendant's § 2255 Motion (Dkt. No. 1; Cr. Dkt. No. 48)[1] be **DENIED** and that this action be **DISMISSED**. (Dkt. No. 6; Cr. Dkt. No. 52). Neither Party has filed objections to the Report and Recommendation.

Applying a plain-error standard of review to the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. No. 6; Cr. Dkt. No. 52) as the findings and opinion of the Court. Accordingly, Defendant's § 2255 Motion (Dkt. No. 1; Cr. Dkt. No. 48) is **DENIED**, and this civil action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** August 6, 2019.

Marina Garcia Marmolejo
United States District Judge

---

[1] "Dkt. No." refers to the civil case, and "Cr. Dkt. No." refers to the criminal case.